# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:12cv353

| | |
|---|---|
| JOHN BARNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court *sua* sponte.

The Plaintiff initiated this action on June 15, 2012. [Doc. 1]. On November 7, 2012, Plaintiff's counsel was notified by the Clerk of Court that he must file a motion for *pro hac vice* admission. To date, he has not moved for admission.

On November 21, 2012, a Scheduling Order was entered in this matter which required that Plaintiff's Motion for Summary Judgment be filed on or before January 22, 2013. [Doc. 16]. No such motion has been filed by the Plaintiff.

The Court will therefore require the Plaintiff to show cause why this action should not be dismissed for failure to prosecute.

**IT IS, THEREFORE, ORDERED** that on or before fifteen (15) days from entry of this Order, the Plaintiff shall file response as to why this action should not be dismissed for failure to prosecute.

Signed: February 4, 2013

Martin Reidinger
United States District Judge