IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12-cv-353

| | | |
|---|---|---|
| JOHN BARNES, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| MICHAEL ASTRUE, | ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on Daniel K. Bryson's Application for Admission to Practice *Pro Hac Vice* of Jonathan Mark Bruce. It appearing that Jonathan Mark Bruce is a member in good standing with the Indiana State Bar and will be appearing with Daniel K. Bryson, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Daniel K. Bryson's Application for Admission to Practice Pro Hac Vice (#22) of Jonathan Mark Bruce is **GRANTED**, and that Jonathan Mark Bruce is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Daniel K. Bryson.

Signed: June 30, 2015

Dennis L. Howell
United States Magistrate Judge